UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION          Case No. 09-06721-6J3

HOPE LINDO
Debtor.
_____/

**FILED**
**JUN 0 1 2009**
CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

## Motion to Redeem Exempt Property

**COMES NOW** The Debtor in this above Case hereby file this Motion asking this Honorable Court to Direct Bill Hicks of BILL HICK'S AUTO SALES to return the Automobile a (1997 Chevy Blazer) to which he holds a secure title., but has been notified of the above Case to which he is listed as a creditor, but refuses to release the Automobile. I hereby ask this Honorable Court to Grant the Motion and impose anything that this Court may find appropriate.

Dated this 27th day of May, 2009

_Hope Lindo_
HOPE LINDO

Copies To:
LAURIE WEATHERFORD, Trustee
P.O. BOX 3450
WINTER PARK, FL 32792

UNITED STATES BANKRUPTCY COURT
ATTN: CLERK OF COURT
Fairwinds Building
135 W. Central Blvd, Ste 950
Orlando, Florida 32801

Bill Hicks Auto Sales
317 W 1st St
Sanford, FL 32771